UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

RONALD S. HERBST,

                Plaintiff,

     -against-

NYU HOSPITALS CENTER et al.,

                Defendants.

------------------------------------x

ORDER

15 Civ. 3518 (GBD)

GEORGE B. DANIELS, United States District Judge:

The April 30, 2020 conference is adjourned to August 6, 2020 at 9:45 a.m.

Dated: New York, New York
       March 24, 2020

SO ORDERED.

*George B. Daniels* (signature)
GEORGE B. DANIELS
United States District Judge