UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

RONALD S. HERBST,

                      Plaintiff,

  -against-

NYU HOSPITALS CENTER, *both individually*;
M.D. NIRMAL C. TEJWANI,

                      Defendant.

------------------------------------- x

ORDER

15 Civ. 3518 (GBD)

GEORGE B. DANIELS, District Judge:

    The August 6, 2020 status conference is adjourned to October 1, 2020 at 9:45 a.m. The parties are ordered to submit a letter, at least 30 days prior to the next conference date, apprising this Court as to the status of this matter and suggesting any potential trial dates.

Dated: August 3, 2020
       New York, New York

                                    SO ORDERED.

                                    GEORGE B. DANIELS
                                    UNITED STATES DISTRICT JUDGE