**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------ x

RONALD S. HERBST,

                Plaintiff,

  -against-

NYU HOSPITALS CENTER, *both individually*;
M.D. NIRMAL C. TEJWANI,

                Defendants.

------------------------------------ X

ORDER

15 Civ. 3518 (GBD)

GEORGE B. DANIELS, District Judge:

    The October 1, 2020 status conference is cancelled. A pretrial conference is scheduled for April 1, 2021 at 9:45 a.m.

Dated: September 25, 2020
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE