UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

RONALD S. HERBST,

                       Plaintiff,

   -against-                                   ORDER

NYU HOSPITALS CENTER *both individually and*     15 Civ. 3518 (GBD)
*d/b/a* LANGONE MEDICALCENTER *d/b/a* NYU
HOSPITAL FOR JOINT DISEASES; M.D.
NIRMAL C. TEJWANI,

                      Defendants.

------------------------------------- X

GEORGE B. DANIELS, District Judge:

    A jury trial is tentatively set to begin on June 21, 2021.

Dated: September 30, 2020
       New York, New York

                                                 SO ORDERED.

                                                 GEORGE B. DANIELS
                                                 UNITED STATES DISTRICT JUDGE