```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
                                     :
RONALD S. HERBST,                    :
                                     :
                      Plaintiff,     :
     -against-                       :
                                     :
NYU HOSPITALS CENTER, both individually;  :
M.D. NIRMAL C. TEJWANI,              :
                                     :
                      Defendants.    :
                                     :
------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JAN 5, 2021

ORDER

15 Civ. 3518 (GBD)

GEORGE B. DANIELS, District Judge:

The Joint Pretrial Order in the above-captioned matter is due by March 12, 2021.

Dated: January 4, 2021
       New York, New York

SO ORDERED.

*George B Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE