UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x

RONALD S. HERBST,

                Plaintiff,

  -against-

NYU HOSPITALS CENTER, *both individually*;
M.D. NIRMAL C. TEJWANI,

                Defendants.

------------------------------------ x

15 Civ. 3518 (GBD)

GEORGE B. DANIELS, District Judge:

    The jury trial is adjourned from June 21, 2021 to August 16, 2021. The parties will appear for a pretrial conference on July 15, 2021 at 10:30 a.m. The joint pretrial order is due by June 18, 2021.

Dated: March 29, 2021
       New York, New York

SO ORDERED.

*[signature]*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE