UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

RONALD S. HERBST,

                    Plaintiff,

  -against-

NYU HOSPITALS CENTER et al.

                   Defendants.

------------------------------------- x



ORDER

15 Civ. 3518 (GBD)

GEORGE B. DANIELS, District Judge:

The jury trial is adjourned from August 16, 2021 to October 12, 2021 at 9:45 a.m. The pretrial conference is adjourned from July 15, 2021 to August 18, 2021 at 10:30 a.m.

Dated: June 22, 2021
      New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE