UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

RONALD S. HERBST,

                    Plaintiff,

    -against-

NYU HOSPITALS CENTER et al.

                  Defendants.

------------------------------------- X

JAN 10 2021

ORDER

15 Civ. 3518 (GBD)

GEORGE B. DANIELS, District Judge:

    The January 12, 2022 pretrial conference is adjourned until February 15, 2022 at 10:00 a.m.

Dated: January 10, 2022
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE