UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

RONALD S. HERBST,

                          Plaintiff,

    -against-

                                    ORDER

NYU HOSPITALS CENTER et al.

                                  15 Civ. 3518 (GBD)

                      Defendants.

------------------------------------- x

GEORGE B. DANIELS, District Judge:

    Having been advised that the parties have reached a settlement, the September 14, 2022 jury trial is canceled. The parties have 90 days to file a Stipulation of Dismissal.

Dated: August 17, 2022
       New York, New York

                                                SO ORDERED.

                                                _____
                                                GEORGE B. DANIELS
                                                UNITED STATES DISTRICT JUDGE