LAW OFFICES OF

# HALPERIN & HALPERIN, P.C.

DAVID HALPERIN (1934-2010)
---------
STEVEN T. HALPERIN
JEFFREY WEISKOPF

18 EAST 48TH STREET, NEW YORK, N.Y. 10017-1014
TELEPHONE (212) 935-2600
---------
FACSIMILE (212) 935-2390

November 15, 2022

**VIA ECF**
Hon. George B. Daniels
United States District Judge
Thurgood Marshall Courthouse
40 Foley Square, Room 1310
New York, New York 10007

**SO ORDERED:**

*/s/ George B. Daniels*
George B. Daniels, U.S.D.J.

Dated: NOV 1 6 2022

Re: Ronald S. Herbst v. NYU Hospitals Center both
individually and d/b/a Langone Medical Center and
d/b/a NYU Hospital for Joint Diseases and Nirmal
C. Tejwani, M.D
United States District Court, SDNY
File No. 15-CV-3518 (GBD)

Your Honor:

    We are the attorneys for Ronald S. Herbst, plaintiff in the above-entitled action.

    On August 17, 2022, this Court was notified of the settlement of this matter; and entered an Order (ECF No. 75) directing that a Stipulation of Dismissal be filed within 90 days. There was a delay in tendering settlement documents while the parties were awaiting a final Medicare Lien Letter. Settlement documents were finally tendered on October 31, 2022. As of the date of this letter, I have been told by defense counsel that the settlement should be consummated within approximately forty-five (45) days from the date of this letter.

    Accordingly, by this letter, plaintiff requests that the deadline set forth in this Court's Order of August 17, 2022 (ECF No. 75) be extended by an additional sixty (60) days to submit a Stipulation of Dismissal in order to afford the parties sufficient time to conclude this settlement.

**VIA ECF**

Hon. George B. Daniels
November 15, 2022
Page 2

---

      This is plaintiff's first application for an extension of time to conclude this settlement.  Prior to filing this application, the undersigned consulted with defense counsel Courtney Weinberger who consented to this application.

                                  Respectfully Submitted,

                                         \s\

                                  Steven T. Halperin

cc:  **VIA ECF**
     All Counsel