UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

RONALD S. HERBST,

                  Plaintiff,

  -against-

NYU HOSPITALS CENTER et al.

                  Defendants.

------------------------------------- x

ORDER

15 Civ. 3518 (GBD)

GEORGE B. DANIELS, District Judge:

    This Court having been advised that the parties have reached agreement on all issues in this matter, the Clerk of Court is hereby ORDERED to close the above-captioned action.

Dated: March 22, 2023
      New York, New York

SO ORDERED.

_George B. Daniels_
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE